# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MANNY D. SELFAISON, *et al.*,

    Plaintiffs,

v.

FIRST NATIONAL BANK OF
ARIZONA, *et al.*,

    Defendants.

Case No. 2:09-CV-01918-KJD-RJJ

**ORDER**

On May 11, 2010, the Court stayed this action and administratively closed this case based on Plaintiffs' pending bankruptcy proceeding. However, because the automatic stay does not pertain to actions in which the debtors are plaintiffs, the Court lifts the stay and orders the Clerk of the Court to reopen this action. Furthermore, the Clerk of the Court is ordered to change Plaintiffs' address as reflected in the Suggestion of Bankruptcy (#12). The Clerk of the Court is further ordered to reissue a Notice of Intent to Dismiss Pursuant to Rule 4(m) at Plaintiffs' new address reflecting a dismissal deadline set for November 24, 2010. Finally, the Court will consider Defendant Kaffka's Motion to Dismiss (#6).

**IT IS SO ORDERED.**

DATED this 10th day of November 2010.

_____
Kent J. Dawson
United States District Judge